ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| COSTAR III, LLC | ) ASBCA No. 59699 |
| | ) |
| Under Contract No. N62477-00-D-0085 | ) |

APPEARANCE FOR THE APPELLANT:       Joseph J. D'Erasmo, Esq.
                                    Joseph J. D'Erasmo & Associates
                                    Rockville, MD

APPEARANCES FOR THE GOVERNMENT:     Ronald J. Borro, Esq.
                                     Navy Chief Trial Attorney
                                    Stephen D. Tobin, Esq.
                                    Trial Attorney

ORDER OF DISMISSAL

The parties have settled the companion appeal, ASBCA No. 56479, and the Board issued a consent judgment on 16 June 2015. The parties have agreed to the dismissal of this appeal. ASBCA No. 59699 is dismissed with prejudice.

Dated: 1 July 2015

CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59699, Appeal of COSTAR III, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals